UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARSHA BYRD,

                              Plaintiff

          v.

CHAPLIN EVERAGE,

                              Defendant

Case No.  2:22-cv-01996-RFB-DJA

ORDER

I.      **DISCUSSION**

On December 6, 2022, this Court issued an order granting Plaintiff until February 6, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 3). In response, Plaintiff submitted the first three pages of this Court's approved application but did not submit a completed financial certificate and an inmate trust fund account statement.  (ECF No. 4).

The Court grants Plaintiff an extension of time **until March 17, 2023**, to either pay the full $402 filing fee or file both a completed financial certificate that is signed both by the inmate and the prison or jail official, and a copy of the inmate's trust fund account statement for the previous six-month period.

II.      **CONCLUSION**

It is therefore ordered that Plaintiff has **until March 17, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

1    to refile the case with the Court, under a new case number, when Plaintiff can file a

2    complete application to proceed *in forma pauperis* or pay the required filing fee.

3        The Clerk of the Court is directed to send Plaintiff Marsha Byrd the approved form

4    application to proceed *in forma pauperis* for an inmate and instructions for the same.

6        DATED this 13th day of February 2023.

8        UNITED STATES MAGISTRATE JUDGE